UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

KATHERINE SUMNER BACON,                    :

              Plaintiff,                :

    v.                                                   :

DAVID SPILLER, UNA SPILLER, GUY CARPENTER, :   STIPULATION
INC. & SIRVA RELOCATION, LLC,                  AND ORDER

              Defendants.               :

                                   :
--------------------------------------------------------------x

STANTON, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
07 CIV 7206 LLS
DATE FILED: 8/30/07

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for defendant Guy Carpenter & Company, LLC s/h/a Guy Carpenter, Inc. ("Guy Carpenter") and counsel for plaintiff Katherine Sumner Bacon, and SO ORDERED by the Court, that Guy Carpenter is hereby granted a thirty day extension, to October 4, 2007, to move, answer or otherwise respond to the complaint.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed in multiple counterparts and by facsimile with the same force and effect as if signing the original.

Dated: New York, New York
August 29, 2007

By: /s/ Mitchell J. Baker
Mitchell J. Baker (MB-4339)

BAKER, LESHKO, SALINE
& BLOSSER, LLP
One North Lexington Avenue
White Plains, New York 10601
(914) 681-9500

Attorneys for Plaintiff
Katherine Sumner Bacon

By: /s/
Jonathan P. Wolfert (JW-9899)
Kathyanne Cohen (KC-1710)

KAPLAN, THOMASHOWER
& LANDAU LLP
26 Broadway, 20th Floor
New York, New York 10004
(212) 593-1700

Attorneys for Defendant
Guy Carpenter & Company, LLC
s/h/a Guy Carpenter, Inc.

SO ORDERED.

New York, New York

August 30, 2007

/s/ Louis L. Stanton
Louis L. Stanton
U.S.D.J.