**BAKER, LESHKO, SALINE & BLOSSER, LLP**
*Attorneys for Plaintiff*
**One North Lexington Avenue**
**White Plains, New York 1060-1712**
**914.681.9500**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

KATHERINE SUMNER BACON,               :

                Plaintiff,     :     07 Civ. 7206 (LBS)(RE)

   -against-                                :

                                 **NOTICE OF APPEARANCE**

DAVID SPILLER, UNA SPILLER,           :
GUY CARPENTER, INC. and
SIRVA RELOCATION LLC,                 :

              Defendants.    :

------------------------------------------------------x

S I R S:

    PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel

for the plaintiff Katherine Sumner Bacon.

Dated: White Plains, New York
       October 1, 2007

                                         Yours, etc.

                                         BAKER, LESHKO, SALINE & BLOSSER, LLP
                                         *Attorneys for Plaintiff*

                                         By: _____
                                            Mitchell J. Baker (MB-4339)
                                         One North Lexington Avenue
                                         White Plains, New York 10601-1712
                                         914.681.9500