☐ **ORIGINAL**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

KATHERINE SUMNER BACON,                :

                Plaintiff,    :

                                              07 Civ. 7206 LLS

      v.                                        :

DAVID SPILLER, UNA SPILLER, GUY CARPENTER, :    STIPULATION
INC. & SIRVA RELOCATION, LLC,                   AND ORDER
                                            :
                Defendants.
                                            :
-----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for defendant Guy Carpenter & Company, LLC s/h/a Guy Carpenter, Inc. ("Guy Carpenter") and counsel for plaintiff Katherine Sumner Bacon, and SO ORDERED by the Court, that Guy Carpenter is hereby granted a thirty day extension, to ~~October 4,~~ November 26, 2007, to move, answer or otherwise respond to the complaint.

LLS

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed in multiple counterparts and by facsimile with the same force and effect as if signing the original.

Dated: New York, New York
October 26, 2007

By: _____
Mitchell J. Baker (MB-4339)

BAKER, LESHKO, SALINE
& BLOSSER, LLP
One North Lexington Avenue
White Plains, New York 10601
(914) 681-9500

Attorneys for Plaintiff
Katherine Sumner Bacon

By: _____
Jonathan P. Wolfert (JW-9899)
Kathyanne Cohen (KC-1710)

KAPLAN, THOMASHOWER
& LANDAU LLP
26 Broadway, 20th Floor
New York, New York 10004
(212) 593-1700

Attorneys for Defendant
Guy Carpenter & Company, LLC
s/h/a Guy Carpenter, Inc.

SO ORDERED.

New York, New York

_October 29_, 2007

_____
Louis L. Stanton
U.S.D.J.