ORIGINAL

STANTON, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/07

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

KATHERINE SUMNER BACON,

                Plaintiff,

    v.

DAVID SPILLER, UNA SPILLER, GUY CARPENTER,
INC. & SIRVA RELOCATION, LLC,

                Defendants.
----------------------------------------------------------------x

07 Civ. 7206 LLS

STIPULATION
AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for defendant Guy Carpenter & Company, LLC s/h/a Guy Carpenter, Inc. ("Guy Carpenter") and counsel for plaintiff Katherine Sumner Bacon, and SO ORDERED by the Court, that Guy Carpenter is hereby granted an extension, to 30 days after receiving notice that service upon defendants David Spiller and Una Spiller has been perfected, to move, answer or otherwise respond to the amended complaint.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed in multiple counterparts and by facsimile with the same force and effect as if signing the original.

Dated: New York, New York
       November 14, 2007

By: _____
   Mitchell J. Baker (MB-4339)

BAKER, LESHKO, SALINE
   & BLOSSER, LLP
One North Lexington Avenue
White Plains, New York 10601
(914) 681-9500

Attorneys for Plaintiff
   Katherine Sumner Bacon

By: _____
   Jonathan P. Wolfert (JW-9899)
   Kathyanne Cohen (KC-1710)

KAPLAN, THOMASHOWER
   & LANDAU LLP
26 Broadway, 20th Floor
New York, New York 10004
(212) 593-1700

Attorneys for Defendant
   Guy Carpenter & Company, LLC
   s/h/a Guy Carpenter, Inc.

SO ORDERED.

New York, New York

__November 14__, 2007

_____
Louis L. Stanton
   U.S.D.J.