UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KATHERINE BACON                                Index No. 07 CIV 7206

                     Plaintiff,       Calendar No.

      -against-                                AFFIRMATION OF SERVICE

DAVID SPILLER, UNA SPILLER,
GUY CARPENTER, INC and
SIRVA RELOCATION, LLC

                     Defendants
------------------------------------------------------------X

STATE OF NEW YORK )
                   > s.s.:
COUNTY OF BRONX   )

      I, ROBERT A. GENTILE, declare under penalty of perjury that I have served a copy of the attached, Summons and Complaint upon the defendant, DAVID SPILLER, known to be the defendant named herein, whose home address is Green Flags, Stonewood Road, Limpsfield, Surrey RH8 0QY, England and whose primary business address is GUY CARPENTER, INC., One Madison Avenue, New York, New York 10010 and secondary business address is GUY CARPENTER & CO, LLC, One Tower Place, Tower Place, London EC3R 5BU, England by the following process.

      Deponent attempted personal delivery of a true copy of the Summons and Complaint to DAVID SPILLER, at his place of primary business address, Guy Carpenter, Inc., where he is known to be the Chief Executive Officer at One Madison Avenue, New York, New York on Monday, August 13, 2007 at 2:35 PM, Friday, August 17, 2007 at 1:15 PM and on Thursday, August 23, 2007 at 3:00 PM. Deponent was advised on each occasion that DAVID SPILLER was "...not in."

      On August 23, 2007 at 3:05 PM, Deponent left a true copy of the Summons and Complaint in a plain envelope, not bearing the name of an attorney or law firm in the return address, properly addressed, to DAVID SPILLER, C/O GUY

CARPENTER, INC., marked personal and confidential with the reception desk at Guy Carpenter, Inc. at One Madison Avenue, New York, New York.

On September 1, 2007, within 20 days of such delivery, deponent enclosed true copies of the Summons and Complaint in first class, postpaid envelopes, not bearing the name of an attorney or law firm in the return address, properly addressed to DAVID SPILLER C/O GUY CARPENTER, INC., One Madison Avenue, New York, New York 10010 by first class mail and by Certified Mail, DAVID SPILLER, C/O GUY CARPENTER & CO, LLC, One Tower Place, Tower Place, London EC3R 5BU, England by Registered International Mail and First Class International Mail and DAVID SPILLER and UNA SPILLER, Green Flags, Stonewood Road, Limpsfield, Surrey RH8 0QY, England by Registered International Mail and First Class International Mail, in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State.

Dated: Bronx, New York
September 4, 2007

_____
Robert A. Gentile
4380 Edson Avenue
Bronx, New York 10466
718 994-2587



| Reg. Fee | $10.15 | | | 0111 |
|---|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $2.15 | 13 |
| Postage | $5.40 | Restricted Delivery | $0.00 | 09/01/07 |
| Received by | | | | |

Customer Must Declare Full Value $ $0.00
☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM:
10475
CLAIM CO
4380 EDSON AV
BRONX, NJ 10466

TO:
GB Great Britain and Northern Ireland
DAVID SPILLER C/O GUY CARPENTER LTD
1 TOWER PL W TOWER PC
LONDON EC3R 5BU ENGLAND

PS Form **3806**, **Receipt for Registered Mail**   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®





| | |
|---|---|
| Item Description (Nature de l'envoi) | ☑ Registered Article (Envoi recommandé)    ☑ Letter (Lettre)    ☐ Printed Matter (Imprimé)    ☐ Other (Autre)    ☐ Recorded Delivery (Envoi à livraison attestée)    ☐ Express Mail    ☐ Mail International |
| ☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée)    Article Number |
| Office of Mailing (Bureau de dépôt) | Date of Posting (Date de dépôt) |
| Addressee Name or Firm (Nom ou raison sociale du destinataire) DAVID + UNA SPILLER | |
| Street and No. (Rue et No.) GREENFIELDS STUNTWOOD RD | |
| Place and Country (Localité et pays) LINDFIELD SUSSEX RH8 0QY ENGLAND | |
| Postmark of the office of destination (Timbre du bureau de destination) | |

*(Completed by the office of origin / À remplir par le bureau d'origine)*

This receipt must be signed by: (1) the addressee; or (2) a person authorized to sign under the regulations of the country of destination; or (3) if these regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
*(Ce avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le permettent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)*

☐ The article mentioned above was duly delivered. *(L'envoi mentionné ci-dessus a été dûment livré.)*

Signature of Addressee / Signature du destinataire

Date 8-9-07

Office of Destination Employee Signature *(Signature de l'agent du bureau du destination)*

PS Form 2865, February 1997 (Reverse)

*(Completed at destination / À compléter à destination)*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

| | |
|---|---|
| KATHERINE BACON | Index No. 07 CIV 7206 |
| Plaintiff, | Calendar No. |
| -against- | AFFIRMATION OF SERVICE |
| DAVID SPILLER, UNA SPILLER, GUY CARPENTER, INC and SIRVA RELOCATION, LLC | RECEIVED SEP 1 3 2007 PRO SE OFFICE |
| Defendants | |

----------------------------------------------------------------X

STATE OF NEW YORK        )
                                       > s.s.:
COUNTY OF WESTCHESTER)

ROBERT A. GENTILE, being duly sworn, deposes and says:

1. Deponent is not a party to this action; is over the age of 18 and reside at 4380 Edson Avenue, Bronx, New York.

2. Deponent served the within Summons and Complaint upon the defendant GUY CARPENTER, INC., known to be the defendant named herein, by personal service of a true copy of each on Michael Borik, Esq., of GUY CARPENTER, INC. on August 13, 2007 at 2:35 PM at One Madison Avenue, New York, New York. Michael Borik is described as a Caucasian male, approximately 33 to 43 years of age, approximately 5' 8" to 6' 0", 155 to 175 lbs. with blonde hair.

3. Deponent served the within Summons and Complaint upon the defendant, SIRVA RELOCATION, LLC, known to be the defendant named herein, by personal service of a true copy of each on Edna Martinez, Office Manager for SIRVA RELOCATION, LLC on August 13, 2007 at 1:45 PM at the office of SIRVA RELOCATION, LLC at 101 Fifth Avenue, New York, New York and within 20 days of such delivery, deponent enclosed a copy of same in a first class, postpaid envelope, not bearing the name of an attorney or law firm in the return address, properly addressed to

Corporation Service Co., at 80 State Street, Albany, New York 12207, the address to which the New York State Department of State will address service of process for SIRVA RELOCATION, LLC., in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State. Edna Martinez is described as a Caucasian female, approximately 45 to 55 years of age, 5' 1" to 5' 5", 120 to 140 lbs. with blonde hair.

4. Deponent served the within Summons and Complaint upon DAVID SPILLER, known to be the defendant named herein, by attempting personal delivery of a true copy of each to DAVID SPILLER, at his place of business, Guy Carpenter, Inc. at One Madison Avenue, New York, New York on Monday, August 13, 2007 at 2:35 PM, Friday, August 17, 2007 at 1:15 PM and on Thursday, August 23, 2007 at 3:00 PM. Deponent was advised on each occasion that DAVID SPILLER was "...not in." On August 23, 2007 at 3:05 PM, Deponent left a true copy of each in a plain envelope, not bearing the name of an attorney or law firm in the return address, properly addressed, to DAVID SPILLER, C/O GUY CARPENTER, INC., marked personal and confidential with the reception desk at Guy Carpenter, Inc. at One Madison Avenue, New York, New York. Within 20 days of such delivery, deponent enclosed true copies of same in first class, postpaid envelopes, not bearing the name of an attorney or law firm in the return address, properly addressed to DAVID SPILLER C/O GUY CARPENTER, INC., One Madison Avenue, New York, New York 10010, DAVID SPILLER, C/O GUY CARPENTER & CO, LLC, One Tower Place, Tower Place, London EC3R 5BU, England and DAVID SPILLER, Green Flags, Stonewood Road, Limpsfield, Surrey RH8 0QY, England, in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State.

5. Deponent served the within Summons and Complaint upon the UNA SPILLER, known to be the defendant named herein, by attempting personal delivery of a true copy of each on DAVID SPILLER, her spouse, at his place of business, Guy Carpenter, Inc. at One Madison Avenue, New York, New York on

2

Monday, August 13, 2007 at 2:35 PM, Friday, August 17, 2007 at 1:15 PM and on Thursday, August 23, 2007 at 3:00 PM. Deponent was advised on each occasion that DAVID SPILLER was not in. On August 23, 2007 at 3:05 PM, Deponent left a true copy of each in a plain envelope, not bearing the name of an attorney or law firm in the return address, properly addressed to UNA SPILLER, C/O DAVID SPILLER at GUY CARPENTER, INC., marked personal and confidential, with the reception desk at Guy Carpenter, Inc. at One Madison Avenue, New York, New York. Within 20 days of such delivery, deponent enclosed true copies of same in first class, postpaid envelopes, not bearing the name of an attorney or law firm in the return address, properly addressed and marked personal and confidential to UNA SPILLER C/O DAVID SPILLER, GUY CARPENTER, INC., One Madison Avenue, New York, New York 10010 and UNA SPILLER, Green Flags, Stonewood Road, Limpsfield, Surrey RH8 0QY, England, in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State.

I declare under penalty of perjury under the laws of the United States of America that the forgoing information contained in this Affirmation of Service and attached Return of Service and Statement of Service Fees is true and correct

DATED:   Bronx, New York
         September 4, 2007

         _____
                        Robert A. Gentile

                                         4380 Edson Avenue
                                         Bronx, New York 10466
                                         781 994-2587

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

KATHERINE SUMNER BACON

V.

DAVID SPILLER, UNA SPILLER, GUY CARPENTER, INC & SIRVA RELOCATION, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

RECEIVED SEP 1 3 2007 PRO SE OFFICE

**07 CIV 7206**

TO: (Name and address of Defendant)

DAVID SPILLER
GREENFLAGS STONEWOOD ROAD
LIMPSFIELD SURREY RH8 0QY ENGLAND
AND c/o GUY CARPENTER, INC,
1 MADISON AVENUE 4TH FL
NEW YORK, NEW YORK 10010-3658

JUDGE STANTON

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PRO SE, KATHERINE SUMNER BACON
10 Eggleston Lane, Old Greenwich, Connecticut 06870

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

DATE AUG 1 3 2007

CLERK

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

KATHERINE SUMNER BACON
             Plaintiff,

    -against-

DAVID SPILLER, UNA SPILLER
GUY CARPENTER INC AND
SIRVA RELOCATION, LLC,
             Defendants.

------------------------------------------------X

Affirmation of Service of the
Summons and Complaint

07 Civ. 7206 ( )

I, Robert A. Gentil, declare under penalty of perjury that I have served a copy of the Summons and Complaint in the above-captioned case. Service was made by personal service upon **DEFENDANTS - SEE ATTACHED**

whose address is **SEE ATTACHED**

on _____, 20__, at _____ o'clock ____.

Dated: 9/13/07
New York, New York

Signature of Server: Robert W. Gentil
Address of Server: 4380 Edson Avenue
City, State and Zip: Bronx, New York 10466

RECEIVED
SEP 13 2007
PRO SE OFFICE

