UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KATHERINE SUMNER BACON,              :     07 Civ. 7206 (LLS)

       Plaintiff,                           :

       v.                                    :     AFFIDAVIT
                                            OF SERVICE
DAVID SPILLER, UNA SPILLER, GUY      :
CARPENTER, INC. & SIRVA
RELOCATION, LLC,                     :

       Defendants.                          :
------------------------------------------------------------x

DAVID SPILLER AND UNA SPILLER,       :

       Third-Party Plaintiffs,              :

       v.                                    :

CARTUS CORPORATION,                  :

       Third-Party Defendant.               :
------------------------------------------------------------x

STATE OF NEW YORK   )
                    ) : ss.:
COUNTY OF NEW YORK  )

       DIANA CAMARGO, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in New York, Queens.

       On January 9, 2008, on behalf of Defendants, Cross-ClaimPlaintiffs/ Third-Party Plaintiffs David Spiller, Una Spiller and Defendant Guy Carpenter & Company, LLC s/h/a Guy Carpenter, Inc., I served the Third-Party Summons, Answer with Cross-Claims and Third-Party Complaint and Rule 7.1 Statement, by depositing true copies of same enclosed in a FedEx Pak and shipping them FedEx Standard

Overnight Express service under the exclusive care and custody of Exchange Plaza FedEx Station, addressed to the following attorneys on record:

>Karen M. Berberich, Esq.
>DOMBROFF, GILMORE, JAQUES & FRENCH
>40 Broad Street, Suite 701
>New York, New York 10004
>
>Attorneys for Defendant and Cross-Claim Defendant
>Sirva Relocation, LLC
>
>Mitchell J. Baker, Esq.
>Baker, Leshko, Saline & Blosser, LLP
>One North Lexington Avenue
>White Plains, New York 10601
>
>Attorneys for Plaintiff Katherine Sumner Bacon

_____
DIANA CAMARGO

Sworn to before me this
9th day of January, 2008

_____
Notary Public

VALERIE A. PHILLIPS
Notary Public, State of New York
No. 02PH6130468
Qualified in New York County
Commission Expires July 18, 20 08