**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
KATHERINE SUMNER BACON,

            Plaintiff,

    v.                                                AFFIDAVIT OF SERVICE
                                                       07 Civ. 7206(LLS)

DAVID SPILLER, UNA SPILLER, et al.,

            Defendant.
------------------------------------------------------X
DAVID SPILLER AND UNA SPILLER,

            Third-Party Plaintiffs,

    v.

CARTUS CORPORATION,

            Third-Party Defendant.
------------------------------------------------------X
STATE OF NEW YORK  )
                          S.S.:
COUNTY OF ALBANY  )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 11TH day of January, 2008, at approximately the time of 12:15P.M., deponent served a true copy of the THIRD-PARTY SUMMONS AND ANSWER WITH CROSS-CLAIMS AND THIRD-PARTY COMPLAINT AND RULE 7.1 STATEMENT upon CARTUS CORPORATION, c/o Registered Agent, Corporation Service Company at 80 State Street, Sixth Floor, Albany, New York by personally delivering and leaving the same with NIKKI CHAPPLE, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        NIKKI CHAPPLE is a black female, approximately 38 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 185 pounds with black hair and brown eyes.

_____
DEBORAH LaPOINTE

Sworn to before me this
11TH day of January, 2008

_____
NOTARY PUBLIC

Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co.
No. 4721156
Comm. Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com