ORIGINAL

CAR7989
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/08

STANTON, S.

--------------------------------------------------------X
KATHERINE SUMNER BACON,                        :        07 Civ. 7206 (LLS)

            Plaintiff,                        :

            v.                                 :        STIPULATION
                                                        EXTENDING TIME
DAVID SPILLER, UNA SPILLER, GUY                :        FOR CARTUS TO
CARPENTER, INC. & SIRVA                                 ANSWER
RELOCATION, LLC,                               :

            Defendants.
--------------------------------------------------------X
DAVID SPILLER AND UNA SPILLER,                 :

           Third-Party Plaintiffs,            :

            v.                                 :

CARTUS CORPORATION,                            :

           Third-Party Defendant.             :
--------------------------------------------------------X

      It is hereby stipulated and agreed by and between the undersigned counsel for third-party plaintiffs and counsel for third-party defendant that the time in which the third-party defendant Cartus Corporation may move, answer or otherwise respond to the third-party complaint is hereby extended to February 29, 2008, subject to court approval.

      This stipulation may be signed in counterpart and a signature by facsimile shall be effective as if original.

Dated: New York, New York
       January 24, 2008

| | |
|---|---|
| By: Vanessa M. Corchia, Esq. (VMC6458)<br>Armienti, Debellis,<br>Guglielmo & Rhoden, LLP<br>Attorneys for Third-Party Defendant<br>CARTUS CORPORATION<br>44 Wall Street, 18th Floor<br>New York, New York 10005<br>(212) 809-7074 | By: Kathyanne S. Cohen, Esq. (KSC 1710)<br>Kaplan, Thomashower<br>& Landau, LLP<br>Attorneys for Defendants/<br>Cross-Claim Plaintiffs<br>David Spiller, Una Spiller<br>and Defendant Guy Carpenter<br>& Company, LLC. s/h/a<br>Guy Carpenter, Inc.<br>26 Broadway, 20th Floor<br>New York, New York 10004<br>(212) 593-1700 |

SO ORDERED:

*Louis L. Stanton*
Louis L. Stanton, U.S.D.J.

1/29/08