UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
KATHERINE SUMNER BACON,

                Plaintiff,

07 CV 7206 (LLS)

- against -

DAVID SPILLER, UNA SPILLER,
GUY CARPENTER, INC., and
SIRVA RELOCATION, LLC
------------------------------------------------------X
DAVID SPILLER and UNA SPILLER,

                Third-party Plaintiffs,

- against -

CARTUS CORPORATION,

                Third-party Defendant.
------------------------------------------------------X

## NOTICE OF BANKRUPTCY

      The Defendant/Third-party Plaintiff SIRVA RELOCATION LLC by their undersigned counsel, hereby notify the Court that on February 5, 2008, SIRVA RELOCATION LLC filed a Voluntary Petition (Chapter 11) for Bankruptcy in the United States Bankruptcy Court, Southern District of New York, Case No. 08-10375 (JMP), and suggests that this matter be stayed pursuant to 11 USC §362 and otherwise.

Dated: New York, New York
         February 19, 2008

DOMBROFF GILMORE JAQUES & FRENCH

By: /s/ Karen Berberich
Karen M. Berberich (KB 6300)
40 Broad Street, Suite 701
New York, New York 10004
Tel. (212) 742-8450
Fax (212) 742-0161
Attorneys for Defendant/Third-party Plaintiff
SIRVA Relocation LLC

To:    Jonathan P. Wolfert, Esq.
       Kathyanne S. Cohen, Esq.
       Kaplan, Thomashower & Landau LLP
       26 Broadway, 20th Floor
       New York, New York 10004

       Vanessa M. Corchia, Esq.
       Armienti, Debellis, Guglielmo & Rhoden, LLP
       44 Wall Street, 18th Floor
       New York, New York 10005

       Mitchell J. Baker, Esq.
       Baker, Leshko, Saline & Blosser, LLP
       One North Lexington Avenue
       White Plains, New York 10601

## CERTIFICATE OF SERVICE

    I hereby certify that on February 19, 2008, a copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system which sent electronic notification of such filing to counsel of record that are Filing Users and/or E-Filers. In addition, a copy of the foregoing document was served upon:

> Jonathan P. Wolfert, Esq.
> Kathyanne S. Cohen, Esq.
> Kaplan, Thomashower & Landau LLP
> 26 Broadway, 20th Floor
> New York, New York 10004
>
> Vanessa M. Corchia, Esq.
> ienti, Debellis, Guglielmo & Rhoden, LLP
> Wall Street, 18th Floor
> New York, New York 10005
>
> Mitchell J. Baker, Esq.
> Baker, Leshko, Saline & Blosser, LLP
> One North Lexington Avenue
> White Plains, New York 10601

by depositing same in the U.S. Mail on the 19th day of February, 2008.

                                                */s/ Karen Berberich*
                                              KAREN M. BERBERICH