CAR7989
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KATHERINE SUMNER BACON,

                    Plaintiff,

                    v.

DAVID SPILLER, UNA SPILLER, GUY
CARPENTER, INC. & SIRVA RELOCATION,
LLC,

                    Defendants.
----------------------------------------------------------------X
DAVID SPILLER AND UNA SPILLER,

                    Third-Party Plaintiffs,

                    v.

CARTUS CORPORATION,

                  Third-Party Defendant.
----------------------------------------------------------------X

ECF CASE

**RULE 7.1 STATEMENT**

Index No: 05CV10591

      Pursuant to Federal Rule of Civil Procedure 7.1 (Formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Cartus Corporation (a private non-governmental party) certifies that it is completely and indirectly owned by Reology Corporation (which is not publicly held).

Dated: New York, NY
       February 29, 2008

                                          Yours etc.,

                                          _____/s/_____
                                          Vanessa M. Corchia, Esq. (VMC6458)
                                          ARMIENTI, DeBELLIS,
                                          GUGLIELMO & RHODEN, LLP
                                          Attorneys for Third-Party Defendant
                                          CARTUS CORPORATION
                                          44 Wall Street, 18th Floor
                                          New York, New York 10005
                                          (212) 809-7074

TO:     Kathyanne S. Cohen, Esq.
           KAPLAN, THOMASHOWER & LANDAU, LLP
           Attorneys for Defendants/ Cross-Claim Plaintiffs
           DAVID SPILLER, UNA SPILLER and
           Defendant GUY CARPENTER & COMPANY, LLC
           s/h/a GUY CARPENTER. INC.
           26 Broadway, 20th Floor
           New York, New York 10004
           (212) 593-1700

           Mitchell J. Baker, Esq.
           BAKER, LESHKO, SALINE & BLOSSER, LLP
           Attorneys for Plaintiff
           KATHERINE SUMNER BACON
           One North Lexington Avenue
           White Plains, NY  10601

           Karen M. Berberich, Esq.
           DOMBROFF & GILMORE, P.C.
           Attorneys for Defendant
           SIRVA RELOCATION, LLC
           40 Broad Street, Suite 2000
           New York, NY  10004-2382
           (212) 742-8450

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Rule 7.1 Statement, by Vanessa M. Corchia was mailed by First Class mail, postage prepaid this 29th day of February, 2008 to all counsel of record as indicated on the service list below. .

    Kathyanne S. Cohen, Esq.
    KAPLAN, THOMASHOWER & LANDAU, LLP
    Attorneys for Defendants/ Cross-Claim Plaintiffs
    DAVID SPILLER, UNA SPILLER and
    Defendant GUY CARPENTER & COMPANY, LLC
    s/h/a GUY CARPENTER. INC.
    26 Broadway, 20th Floor
    New York, New York 10004
    (212) 593-1700

    Mitchell J. Baker, Esq.
    BAKER, LESHKO, SALINE & BLOSSER, LLP
    Attorneys for Plaintiff
    KATHERINE SUMNER BACON
    One North Lexington Avenue
    White Plains, NY  10601

    Karen M. Berberich, Esq.
    DOMBROFF & GILMORE, P.C.
    Attorneys for Defendant
    SIRVA RELOCATION, LLC
    40 Broad Street, Suite 2000
    New York, NY  10004-2382
    (212) 742-8450

                                              _____/s/_____ _____
                                            Vanessa M. Corchia, Esq. (VMC6458)