CAR7989

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KATHERINE SUMNER BACON,

                  Plaintiff,

                  v.


DAVID SPILLER, UNA SPILLER, GUY
CARPENTER, INC. & SIRVA RELOCATION,
LLC,

                  Defendants.
-----------------------------------------------------------------X
DAVID SPILLER AND UNA SPILLER,

                  Third-Party Plaintiffs,

                  v.

CARTUS CORPORATION,

                  Third-Party Defendant.
-----------------------------------------------------------------X

ECF CASE

**RULE 7.1 STATEMENT**


Index No: 07 Civ. 7206 (LLS)

      Pursuant to Federal Rule of Civil Procedure 7.1 (Formerly Local General Rule 1.9) and to

enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for Cartus Corporation (a private non-governmental party) certifies

that it is completely and indirectly owned by Reology Corporation (which is not publicly held).

Dated: New York, NY
      February 29, 2008

                              Yours etc.,

                              _____/s/_____

                              Vanessa M. Corchia, Esq. (VMC6458)
                              ARMIENTI, DeBELLIS,
                              GUGLIELMO & RHODEN, LLP
                              Attorneys for Third-Party Defendant
                              CARTUS CORPORATION
                              44 Wall Street, 18th Floor
                              New York, New York 10005
                              (212) 809-7074

TO:    Kathyanne S. Cohen, Esq.
        KAPLAN, THOMASHOWER & LANDAU, LLP
        Attorneys for Defendants/ Cross-Claim Plaintiffs
        DAVID SPILLER, UNA SPILLER and
        Defendant GUY CARPENTER & COMPANY, LLC
        s/h/a GUY CARPENTER. INC.
        26 Broadway, 20th Floor
        New York, New York 10004
        (212) 593-1700

        Mitchell J. Baker, Esq.
        BAKER, LESHKO, SALINE & BLOSSER, LLP
        Attorneys for Plaintiff
        KATHERINE SUMNER BACON
        One North Lexington Avenue
        White Plains, NY  10601

        Karen M. Berberich, Esq.
        DOMBROFF & GILMORE, P.C.
        Attorneys for Defendant
        SIRVA RELOCATION, LLC
        40 Broad Street, Suite 2000
        New York, NY  10004-2382
        (212) 742-8450

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Rule 7.1 Statement, by Vanessa M. Corchia was mailed by First Class mail, postage prepaid this 29th day of February, 2008 to all counsel of record as indicated on the service list below.  .

Kathyanne S. Cohen, Esq.
KAPLAN, THOMASHOWER & LANDAU, LLP
Attorneys for Defendants/ Cross-Claim Plaintiffs
DAVID SPILLER, UNA SPILLER and
Defendant GUY CARPENTER & COMPANY, LLC
s/h/a GUY CARPENTER. INC.
26 Broadway, 20th Floor
New York, New York 10004
(212) 593-1700

Mitchell J. Baker, Esq.
BAKER, LESHKO, SALINE & BLOSSER, LLP
Attorneys for Plaintiff
KATHERINE SUMNER BACON
One North Lexington Avenue
White Plains, NY  10601

Karen M. Berberich, Esq.
DOMBROFF & GILMORE, P.C.
Attorneys for Defendant
SIRVA RELOCATION, LLC
40 Broad Street, Suite 2000
New York, NY  10004-2382
(212) 742-8450


_____/s/_____ _____
Vanessa M. Corchia, Esq. (VMC6458)