```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/29/08
```

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

KATHERINE SUMNER BACON

        Plaintiff,        07 Civ. 7206 (LLS)

  - against -                ORDER

DAVID SPILLER, UNA SPILLER,
GUY CARPENTER, INC. and SIRVA
RELOCATION, LLC

        Defendants.
- - - - - - - - - - - - - - - - - -X

    Counsel for SIRVA Relocation LLC having filed a Notice of Bankruptcy with the Court on February 19, 2008, and counsel for all parties having appeared before me at a conference this afternoon, it is ORDERED that:

    All claims of whatever nature, and regardless of by whom made, against SIRVA Relocation, LLC in this action (including any and all third-party proceedings) are severed and stayed pursuant to 11 U.S.C. § 362.

    So ordered.

Dated: New York, New York
       February 29, 2008

                                               *Louis L. Stanton*
                                               LOUIS L. STANTON
                                                   U.S.D.J.