**BAKER, LESHKO, SALINE & BLOSSER, LLP**
*Attorneys for Plaintiff*
**One North Lexington Avenue**
**White Plains, New York 10601-1712**
914.681.9500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KATHERINE SUMNER BACON,                :
                                                               07 Civ. 7206 ( LLS )
                        Plaintiff,                   :

        -against-                                      :
                                                               **PLAINTIFF'S LOCAL**
DAVID SPILLER, UNNI SPILLER,     :  **RULE 56 STATEMENT**
GUY CARPENTER, INC. and
SIRVA RELOCATION, LLC,              :

                        Defendants.              :

------------------------------------------------------------x

      Plaintiff, Katherine Sumner Bacon, for her Local Rule 56 Statement set forth that the following issues of facts are not at issue:

      1.    Plaintiff is the owner and landlord of the premises known as and located at 10 Eggleston Lane, Old Greenwich, Connecticut (the "Premises").

1

2. On or about June 16, 2006, plaintiff and defendants David Spiller and Unni Spiller signed a residential lease agreement (hereinafter the "Lease") for the Premises.

3. On or about June 16, 2006, defendant Sirva Relocation, LLC issued two checks to plaintiff both drawn on a Citibank, N.A. account for Sirva Relocation, LLC, account number 7: (1) check number 00035476 in the amount of Twelve Thousand ($12,000.00) Dollars; and (2) check number 00035477 in the amount of Twenty-Four Thousand ($24,000.00) Dollars.

4. On or about June 16, 2006 or subsequent thereto, payment was stopped on the two checks referred to in paragraph 3 herein.

5. David Spiller and Unni Spiller never paid any rent pursuant to the Lease.

6. David Spiller and Unni Spiller did not and have not taken occupancy of the Premises.

Dated: White Plains, York
      January 30, 2008

**BAKER, LESHKO, SALINE & BLOSSER, LLP**
*Attorneys for Plaintiff*

By: _____
Mitchell J. Baker (MB-4339)
**One North Lexington Avenue**
**White Plains, New York 10601-1712**
**914.681.9500**

To: Kathyanne S. Cohen, Esq.
Kaplan, Thomashower & Landau LLP
26 Broadway, 20th Floor
New York, New York 10004