UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

KATHERINE SUMNER BACON,                :        07 Civ. 7206 (LLS)

        Plaintiff,                               :

        v.                                             :        STIPULATION
                                                               AND ORDER
DAVID SPILLER, UNA SPILLER, GUY        :
CARPENTER, INC. & SIRVA
RELOCATION, LLC,                       :

        Defendants.                              :
-----------------------------------------------------------x

DAVID SPILLER AND UNA SPILLER,         :

        Third-Party Plaintiffs,                  :

        v.                                             :

CARTUS CORPORATION,                    :

        Third-Party Defendant.                   :
-----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Defendants/Cross-Claim Plaintiffs/Third-Party Plaintiffs David Spiller, Unni Spiller s/h/a Una Spiller (collectively "the Spillers") and Defendant Guy Carpenter & Company, LLC s/h/a Guy Carpenter, Inc., counsel for Third-Party Defendant Cartus Corporation, and counsel for Plaintiff Katherine Sumner Bacon, and SO ORDERED by the

Court, that the Spillers may amend their Answer With Cross-Claims and Third-Party Complaint and add Sotheby's International Realty as a Third-Party Defendant.

By: _____
    Mitchell J. Baker (MB-4339)

BAKER, LESHKO, SALINE
   & BLOSSER, LLP
One North Lexington Avenue
White Plains, New York 10601
(914) 681-9500

Attorneys for Plaintiff
   Katherine Sumner Bacon

By: _____
    Jonathan P. Wolfert (JW-9899)
    Kathyanne Cohen (KC-1710)

KAPLAN, THOMASHOWER
   & LANDAU LLP
26 Broadway, 20th Floor
New York, New York 10004
(212) 593-1700

Attorneys for Defendants/Cross-Claim
   Plaintiffs/Third-Party Plaintiffs Guy Carpenter
   & Company, LLC s/h/a Guy Carpenter, Inc.,
   David Spiller and Unni Spiller s/h/a Una Spiller

By: _____
    Karen M. Berberich (KM-6300)

DOMBROFF GILMORE JAQUES
   & FRENCH
40 Broad Street, Suite 701
New York, New York 10004
(212) 742-8450

Attorneys for Defendant/Cross-
   Claim Defendant Sirva Relocation,
   LLC

By: _____
    Vanessa M. Corchia (VC-2453)

ARMIENTI, DEBELLIS, GUGLIELMO &
   & ROHDEN, LLP
44 Wall Street, 18th Floor
New York, New York 10005
(212)

Attorneys for Third-Party Defendant Cartus
   Corporation

SO ORDERED.

New York, New York

_March 11_, 2008

_____
Louis L. Stanton
   U.S.D.J.