USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
KATHERINE SUMNER BACON,                :   07 Civ. 7206 (LLS)

        Plaintiff,                          :

        v.                                   :   STIPULATION
                                                 AND ORDER
DAVID SPILLER, UNA SPILLER, GUY        :
CARPENTER, INC. & SIRVA
RELOCATION, LLC,                       :

        Defendants.                         :
---------------------------------------x
DAVID SPILLER AND UNA SPILLER,         :

        Third-Party Plaintiffs,             :

        v.                                   :

CARTUS CORPORATION,                    :

        Third-Party Defendant.              :
---------------------------------------x

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for defendants David Spiller and Unni Spiller s/h/a Una Spiller (collectively "the Spillers") and counsel for plaintiff Katherine Sumner Bacon, and SO ORDERED by the Court, that the Spillers shall respond to the motion of plaintiff for summary judgment as to liability on or before April 14, 2008, and plaintiff shall reply to said motion on or before April 21, 2008.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed in multiple counterparts and by facsimile with the same force and effect as if signing the original.

Dated: New York, New York
March 17, 2008

By: _____
Mitchell J. Baker (MB-4339)

By: _____
Jonathan P. Wolfert (JW-9899)
Kathyanne Cohen (KC-1710)

BAKER, LESHKO, SALINE
  & BLOSSER, LLP
One North Lexington Avenue
White Plains, New York 10601
(914) 681-9500

KAPLAN, THOMASHOWER
  & LANDAU LLP
26 Broadway, 20th Floor
New York, New York 10004
(212) 593-1700

Attorneys for Plaintiff
  Katherine Sumner Bacon

Attorneys for Defendants/Third Party
  Plaintiffs David Spiller and Unni
  Spiller s/h/a Una Spiller

SO ORDERED.

New York, New York

March 18, 2008

_____
Louis L. Stanton
U.S.D.J.