UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| KATHERINE SUMNER BACON, | : | 07 Civ. 7206 (LLS) |
| Plaintiff, | : | |
| v. | : | |
| DAVID SPILLER, UNA SPILLER, GUY CARPENTER, INC. & SIRVA RELOCATION, LLC, | : | |
| Defendants. | : | |

------------------------------------------------------------x        AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| DAVID SPILLER AND UNA SPILLER, | : | |
| Third-Party Plaintiffs, | : | |
| v. | : | |
| CARTUS CORPORATION, | : | |
| Third-Party Defendant. | : | |

------------------------------------------------------------x

KATHYANNE COHEN, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

On April 14, 2008, I filed Defendants' Memorandum Of Law In Response To Plaintiff's Motion For Summary Judgment with the Clerk of the Court using the CM/ECF system which sends electronic notification of such filing to counsel of record that are Filing Users and/or E-Filers. In addition, I served the foregoing Defendants' Memorandum Of Law In Response To Plaintiff's Motion For Summary Judgment, by depositing true copies of same enclosed in postage prepaid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York,

addressed to the following attorneys of record:

>Mitchell J. Baker, Esq.
>BAKER, LESHKO, SALINE
>  & BLOSSER, LLP
>One North Lexington Avenue
>White Plains, New York 10601
>
>Attorneys for Plaintiff
>  Katherine Sumner Bacon
>
>Karen M. Berberich, Esq.
>DOMBROFF GILMORE JAQUES
>  & FRENCH
>40 Broad Street, Suite 701
>New York, New York 10004
>
>Attorneys for Defendant/Cross-
>  Claim Defendant Sirva Relocation, LLC
>
>Vanessa M. Corchia, Esq.
>ARMIENTI, DEBELLIS, GUGLIELMO
>  & ROHDEN, LLP
>44 Wall Street, 18th Floor
>New York, New York 10005
>
>Attorneys for Third-Party Defendant
>  Cartus Corporation

_____
KATHYANNE COHEN

Sworn to before me this
14th day of April 2008

_____
Notary Public



MARILYN DECOS
Notary Public State of New York
No. 41-4879924
Qualified in Queens County
Commission Expires Dec. 15, 2010

2