**ORIGINAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KATHERINE SUMNER BACON,

             Plaintiff,

    - against -

DAVID SPILLER, UNA SPILLER,
GUY CARPENTER, INC., and
SIRVA RELOCATION, LLC
-------------------------------------------------------X

07 CV 7206 (LLS)

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above-referenced cause of action is hereby dismissed against defendant SIRVA Relocation, LLC, without costs to either party as against the other.

Dated: New York, New York
       January 2, 2008

BAKER, LESHKO, SALINE &
BLOSSER, LLP

By: _____
    Mitchell J. Baker
One North Lexington Avenue
White Plains, New York 10601
Tel: 914-681-9500
Fax: 914-681-9505

DOMBROFF GILMORE JAQUES &
FRENCH

By: _____
    Karen M. Berberich
40 Broad Street, Suite 701
New York, New York 10004
Tel: 212-742-8450
Fax: 212-742-0161

SO ORDERED:

_Louis L. Stanton_
U.S.D.J.

Dated: 4/24/08