ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - -X
KATHERINE SUMNER BACON,

                    Plaintiff,           07 Civ. 7206 (LLS)

        - against -                      ORDER

DAVID SPILLER, UNNI SPILLER, and GUY
CARPENTER, INC.,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - -X
DAVID SPILLER and UNNI SPILLER,

                    Third-Party Plaintiffs,

        - against -

CARTUS CORPORATION,

                    Third-Party Defendant.
- - - - - - - - - - - - - - - - - - - - - - -X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08

It having been reported to the court that these actions are settled, it is

ORDERED, that these actions are dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order any party may apply by letter for restoration of the action to the court's calendar.

Dated: New York, New York
       April 24, 2008

                                    _____
                                    LOUIS L. STANTON
                                    U. S. D. J.